

| | | | |
|---|---|---|---|
| Com. v. Colbert . . . . . . . . . . . . . . . . . . . . . . | 249 WDA 2016 Affirmed | 01/26/2017 | CP–02–CR–0009509– 2014 (Allegheny) |
| Com. v. Rumph . . . . . . . . . . . . . . . . . . . . . . | 454 WDA 2016 Affirmed | 01/26/2017 | CP–61–CR–0000715– 2014 (Venango) |
| Com. v. Wurst . . . . . . . . . . . . . . . . . . . . . . | 998 WDA 2016 Affirmed Application to Withdraw as Counsel Granted | 01/26/2017 | CP–25–CR–0001337– 1998 (Erie) |
| Com. v. Pitts . . . . . . . . . . . . . . . . . . . . . . . . | 3049 EDA 2014 Affirmed | 01/27/2017 | CP–51–CR–0009914– 2012 (Philadelphia) |
| Com. v. Curran . . . . . . . . . . . . . . . . . . . . . . | 3125 EDA 2014 Affirmed and Reversed | 01/27/2017 | MC–51–CR–0001099– 2014 (Philadelphia) |
| Com. v. Murphy . . . . . . . . . . . . . . . . . . . . | 2106 EDA 2015 Affirmed | 01/27/2017 | MC–51–CR–0640511– 2006 (Philadelphia) |
| Com. v. Budd . . . . . . . . . . . . . . . . . . . . . . . . | 2344 EDA 2015 Affirmed | 01/27/2017 | CP–51–CR–1302160– 2006 (Philadelphia) |
| Com. v. Brown [34] . . . . . . . . . . . . . . . . . . . . | 2356 EDA 2015 Affirmed | 01/27/2017 | CP–51–CR–0802761– 2005 (Philadelphia) |
| Com. v. Kane . . . . . . . . . . . . . . . . . . . . . . . . | 2487 EDA 2015 Appeal dismissed | 01/27/2017 | CP–09–CR–0005819– 2006 (Bucks) |
| Com. v. Johnson . . . . . . . . . . . . . . . . . . . . . . | 3424 EDA 2015 Affirmed | 01/27/2017 | CP–51–CR–0011322– 2010 (Philadelphia) |
| Com. v. Lane . . . . . . . . . . . . . . . . . . . . . . . . | 3562 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 01/27/2017 | CP–51–CR–0004739– 2014 (Philadelphia) |
| Cohen v. Aemisegger . . . . . . . . . . . . . . . . . | 3823 EDA 2015 Affirmed | 01/27/2017 | 140801939 (Philadelphia) |
| Com. v. Mackenzie . . . . . . . . . . . . . . . . . . . . | 347 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 01/27/2017 | CP–09–CR–0002393– 2012 (Bucks) |
| TomBev Restaurant v. Certain Under- writers . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 370 EDA 2016 Reversed | 01/27/2017 | 2015–04040–37 (Bucks) |
| Parker v. Parker . . . . . . . . . . . . . . . . . . . . . | 388 EDA 2016 Affirmed | 01/27/2017 | PFA #11–81799 (Delaware) |

**34.** Petition for reargument denied April 4, 2017.